**ORIGINAL**

| | |
|---|---|
| 1  McCUTCHEN, DOYLE, BROWN & ENERSEN<br>     Stephen Zovickian | **FILED** |
| 2  Three Embarcadero Center<br>     San Francisco, California  94111-4066 | SEP 1 3 1996 |
| 3  Telephone:  (415) 393-2000 | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT |
| 4  Attorneys for Defendant<br>     Redevelopment Agency of the City | NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
| 5  and County of San Francisco | |

291mh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT HOUSING SERVICES OF SAN FRANCISCO; CALIFORNIA ASSOCIATION OF PERSONS WITH HANDICAPS; and INDEPENDENT LIVING RESOURCE CENTER SAN FRANCISCO,<br><br>        Plaintiffs,<br><br>    v.<br><br>FILLMORE CENTER ASSOCIATES; SAN FRANCISCO REDEVELOPMENT AGENCY; FILLMORE CENTER PROJECT CORPORATION,<br><br>        Defendants. | No. C 91 1220 DLJ<br><br>STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE |

Having settled their controversy, the parties to this action hereby stipulate, through their respective counsel, that this action be dismissed in its entirety as to all parties with prejudice. The parties reserve to the Court, Hon. D. Lowell Jensen, jurisdiction to decide the dispute, if it should ever arise, specifically identified in Paragraph 2(b) of their General Release of Claims and Settlement Agreement as reserved to Judge Jensen for his determination, if necessary.



Entered: 9/16/96 mh

1 | Each party will bear its own costs.

2 | Dated: July __, 1996
3
4
5
McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP

By: _____
Stephen Zovickian
Attorneys for Defendant
Redevelopment Agency for the City and County of San Francisco

DISABILITY RIGHTS ADVOCATES

By: _____
Sidney Wolinsky
Attorneys for Plaintiffs

FURTH, FAHRNER & MASON

By: _____
David Hoskins
Attorneys for Plaintiffs

BRONSON, BRONSON & McKINNON

By: _____
for Robert J. Stumpf, Jr.
Attorneys for Defendant
Fillmore Center Project Association

IT IS SO ORDERED:

Dated: Sept. 13, 1996

_____
U.S. District Judge

2